| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AMANDEEP KAUR and NIRMAL GORA,            )
                                          ) No. C 07-1199 JSW
          Plaintiffs,                     )
                                          )
     v.                                   ) **PARTIES' JOINT REQUEST TO BE**
                                          ) **EXEMPT FROM FORMAL ADR**
DAVID N. STILL, District Director,        ) **PROCESS**
United States Citizenship and Immigration )
Services,                                 )
                                          )
          Defendants.                     )
_____)

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this complaint for declaratory judgment action is limited to Plaintiffs' request that this Court declare Defendants to act more expeditiously and adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR

Request for Exemption
C07-1199 JSW                              1

1  Multi-Option Program and that they be excused from participating in the ADR phone conference
2  and any further formal ADR process.

4  Dated: May 16, 2007                              Respectfully submitted,

5                                                   SCOTT N. SCHOOLS
                                                    United States Attorney

7                                                          /s/
                                                    ILA C. DEISS
8                                                   Assistant United States Attorney
                                                    Attorneys for Defendants

10 Dated: May 16, 2007                                     /s/
11                                                  JONATHAN KAUFMAN
                                                    Attorney for Plaintiff

### ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:   May 17, 2007

_____
JEFFREY S. WHITE
United States District Judge

Request for Exemption
C 07-1199 JSW                                       2