```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDEEP KAUR and NIRMAL GORA, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID N. STILL, District Director, United States Citizenship and Immigration Services, <br><br> Defendant. | No. C 07-1199 JSW <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' Form I-485 application for adjustment of status.

Each of the parties shall bear their own costs and fees.

///

///

///

///

///

///

Stipulation to Dismiss
C07-1199 JSW                                    1

| | | |
|---|---|---|
| 1 | Date: May 31, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendant |
| 8 | Date: May 31, 2007 | /s/<br>JONATHAN M. KAUFMAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 4, 2007

_____
JEFFREY S. WHITE
United States District Judge

Stipulation to Dismiss
C07-1199 JSW                            2